

FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0216

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0216

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TRISTAN COUGAR ROSE,

Defendant and Appellant.

FILED

APR 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Tristan Cougar Rose has filed a petition for an out-of-time appeal. As grounds, Rose indicates that he failed to file an appeal because he did not "know anything about what [he] was doing in court and [he] was not on the right meds either to file a timely appeal."

Available electronic records indicate that on January 8, 2018, the First Judicial District Court, Lewis and Clark County, convicted Rose of sexual assault and sentenced him to a twenty-year prison term with sixteen years suspended.

M. R. App. P. 4(6) reads that "[i]n the infrequent harsh case and under extraordinary circumstances, amounting to a gross miscarriage of justice, the supreme court may grant an out-of-time appeal." Rose presents an unverified petition, meaning no notarized signature, and he does not include an affidavit or any supporting documentation to warrant consideration. M. R. App. P. 4(6). Rose also provides no reason for the over-two-year delay. We conclude that Rose has not demonstrated extraordinary circumstances to surmount several years since his conviction, and denial of his petition will not impose a gross miscarriage of justice. Accordingly,

IT IS ORDERED that Rose's Petition for an Out-of-Time Appeal is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Tristan Cougar Rose personally.

DATED this 29th day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2